CO 528
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SMITH COGENERATION
(BANGLADESH) PVT. LTD.

        Petitioner,

    - v -

BANGLADESH POWER DEVELOPMENT
BOARD and THE GOVERNMENT OF
BANGLADESH,

        Respondents.

Civil Action No. 06-1827

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

    You are hereby commanded to arrest

Dr. Salehuddin Ahmed, of the Government of Bangladesh, and bring him/her forthwith before the District Court for the District of Columbia for the reason that he/she willfully failed to appear after having been served with order [ECF 15] to appear at the offices of Duane Morris LLP, at 901 New York Ave. NW, Suite 700-East, Washington, DC 20001, for depositions on or about October 23, 2024.

    You are further commanded to detain Dr. Salehuddin Ahmed in your custody until he/she is discharged by the Court.

    Upon order of the Honorable Carl J. Nichols, United States District Judge at Washington, DC this 24th day of October, 2024.

ANGELA D. CAESAR, CLERK

By: *Courtney Moore*
Digitally signed by Courtney Moore
Date: 2024.10.24 14:59:08 -04'00'

        Deputy Clerk

**RETURN:**
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, _____ and executed same.

        By: _____

CO 528
Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

SMITH COGENERATION
(BANGLADESH) PVT. LTD.

      Petitioner,

- v -

BANGLADESH POWER DEVELOPMENT
BOARD and THE GOVERNMENT OF
BANGLADESH,

      Respondents.

Civil Action No. 06-1827

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

    You are hereby commanded to arrest

Ahsan H. Mansur, of the Government of Bangladesh, and bring him/her forthwith before the District Court for the District of Columbia for the reason that he/she willfully failed to appear after having been served with order [ECF 15] to appear at the offices of Duane Morris LLP, at 901 New York Ave. NW, Suite 700-East, Washington, DC 20001, for depositions on or about October 23, 2024.

    You are further commanded to detain Ahsan H. Mansur in your custody until he/she is discharged by the Court.

    Upon order of the Honorable Carl J. Nichols, United States District Judge at Washington, DC this __24th__ day of __October__, __2024__.

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

ANGELA D. CAESAR

By: Courtney Moore

Digitally signed by Courtney Moore
Date: 2024.10.24 14:59:48 -04'00'

                                            Deputy Clerk

**RETURN:**

DISTRICT OF COLUMBIA

Received the within warrant the _____ day of _____, _____ and executed same.

                                            By: _____