UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smith Cogeneration (Bangladesh) Pvt. Ltd., <br><br> Petitioner, <br><br> v. <br><br> Bangladesh Power Development Board and the Government of Bangladesh, <br><br> Respondents. | No. 06-cv-1827-CJN |
| In re <br> Contempt Proceeding in 06CV1827 <br><br> Salehuddin Ahmed and Ahsan H. Mansur, <br><br> Respondents. | No. 24-mc-141-CJN |

**ORDER**

Upon consideration of the Joint Status Report of October 28, 2024 submitted by Petitioner Smith Cogeneration (Bangladesh) Pvt. Ltd. ("Petitioner") and Respondent the Government of Bangladesh ("Respondent," together with the Petitioner, the "Parties") (ECF No. 27) and the issues discussed during the October 28, 2024 Status Conference, it is on this fifth day of November, 2024, hereby:

**ORDERED**, by joint stipulation of the Parties, that the Parties, without waiver of any potential defenses including, *inter alia*, immunity and jurisdictional defenses, will engage in mediation facilitated by the Court pursuant to the Court's Mediation Program or by referral to a

1

Magistrate Judge, without prejudice to the Parties instead agreeing to proceed before a private mediator. The mediation shall occur in Washington, DC, or such other location by agreement of the parties, including neutral locations outside the United States, to ensure participation of representatives with settlement authority, or alternatively, a representative who is knowledgeable about the facts of the case and will play a major role in submitting a recommendation to the person or body with decision-making authority. Mediation shall be completed by December 31, 2024.

**ORDERED** that the above-captioned cases are stayed through December 31, 2024;

**ORDERED** that any applicable filing deadlines and timelines in the above-captioned cases are tolled through December 31, 2024;

**ORDERED**, by joint stipulation of the Parties, that, until January 1, 2025, the Parties shall not pursue discovery or any other court activities in the United States in relation to the enforcement and/or execution of the arbitration award that is the subject of the judgment issued in case number 06-cv-1827 and in relation to the enforcement and/or execution of the judgment issued in case number 06-cv-1827, other than any joint motions necessary to implement the terms of this Order (e.g., filings in the Court of Appeals for the DC Circuit to stay or dismiss without prejudice the appeal filed by Respondent) or as otherwise agreed by the Parties; and

**ORDERED** that, for avoidance of any doubt following the Court's October 24, 2024 and October 28, 2024 stay orders, the attachments for contempt issued for the arrest of Drs. Salehuddin Ahmed and Ahsan H. Mansur in case number 24-mc-141 have been rescinded, without prejudice.

November 5th, 2024

Hon. Carl J. Nichols
United States District Judge